**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-6461**

———————

UNITED STATES OF AMERICA,

                                    Respondent - Appellee,

        versus

WENDELL MASSIE WOOD, a/k/a Crab,

                                    Petitioner - Appellant.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Samuel G. Wilson, Chief District Judge.  (CR-94-128, CA-99-69-7)

———————

Submitted:  May 25, 1999                    Decided:  May 28, 1999

———————

Before WILKINS, ERVIN, and MICHAEL, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Robert Keller Leonard, Winston-Salem, North Carolina; William Edward Findler, Arlington, Virginia, for Appellant.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Wendell Wood seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A.§ 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Wood, Nos. CR-94-128; CA-99-69-7 (W.D. Va. Mar. 9, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2